IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

O.F.,

    Plaintiff,

v.                                                                Civ. No. 16-084 KG/GBW

MARK WALDEN, *et al.*,

    Defendants.

### ORDER TO SHOW CAUSE AND FILE QUARTERLY STATUS REPORT

THIS MATTER is before the Court pursuant to Plaintiff's Motion to Request Update on Investigation Report Status (*doc. 48*) and Pro Se Motion for Quarterly Status Report (*doc. 51*). Those motions are hereby GRANTED.

The record shows that Defendant Dr. Mark Walden has not submitted a status report since January 15, 2018. *See docs. 39*, *40*. Defendant Walden remains subject to this Court's Order to "submit quarterly status reports regarding the status of the criminal investigation and proceedings against him beginning June 30, 2016, and continuing until further order of the Court." Doc. 18 at 2. He has offered no explanation for his failure to file three out of the four required quarterly status reports in 2018.

Defendant Walden is therefore ORDERED to submit the following, **no later than fourteen (14) days** after entry of this Order:

(1) A quarterly status report relating the status of the criminal investigation against him; and

(2) A written response showing cause why the Court should not assess sanctions against him for his failure to comply.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE