**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

O.F.,

     Plaintiff,

v.                                                                              Civ. No. 16-84 KG/GBW

MARK WALDEN, *et al.*,

     Defendants.

## <u>ORDER DENYING MOTION TO LIFT STAY</u>

     This matter comes before the Court on Plaintiff's Motion to Lift Stay. *Doc. 52.*

On April 25, 2016, the Court granted Defendant Walden's Motion to Stay Proceedings,

pending the termination of the criminal investigation of Defendant Walden and related

proceedings. *Doc. 18*. In his Motion, Plaintiff notes the length of the stay and asserts

that "most criminal trials are completed" in a far shorter time. *Doc. 52 at 2.* Plaintiff

also notes Defendant Walden's failure to file the quarterly reports as ordered. *Id*.

     While the Court shares Plaintiff's frustration with the length of the stay, it is clear

that the considerations which led the Court to originally impose the stay remain in full

effect. For that reason and for the reasons discussed in the Court's previous order

denying Plaintiff's earlier motion to lift the stay (*doc. 45*), the Court DENIES Plaintiff's

Motion.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE