IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

O.F.

    Plaintiff,

v.                                                                                      Case No.: 16-cv-00084-KG-GBW

DOCTOR MARK WALDEN, JOHN/JANE
DOEs (medical staff) in their individual and
official capacities; JOHN/JANE DOEs (corrections
officers), in their individual and official capacities,
THE GEO GROUP, INC. and CORIZON, LLC
(Corizon Healthcare Services "CHS");
CORRECTIONAL MEDICAL SERVICES, INC.,

    Defendants.

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear their own attorney's fees and costs.

| | |
|---|---|
| */s/ Frances C. Carpenter* | */s/Nicole M. Charlebois (via e-mail 10/1/19)* |
| Frances C. Carpenter | Nicole M. Charlebois |
| Law Office of Frances Crockett | 150 Washington Ave., Ste. 201-220 |
| 925 Luna Circle, NW | Santa Fe, NM 87501 |
| Albuquerque, NM 87102 | Phone: (505) 459-1625 |
| Phone: (505) 314-8884 | Nicole@ncharlebois.com |
| frances@francescrockettlaw.com | *Attorney for Dr. Mark Walden* |
| *Attorney for Plaintiff for J.V.* | |

| | |
|---|---|
| */s/ Michael S. Jahner (via e-mail 10/1/19)* <br> YLAW, PC <br> 4908 Alameda Blvd., NE <br> Albuquerque, NM   87113 <br> Phone: (505) 266-3995 <br> mjahner@ylawfirm.com <br> *Attorneys for The GEO Group, Inc.* | */s/ Michelle Lalley Blake (via TC 10/1/19)* <br> Allen Law Firm, LLC <br> 6121 Indian School Rd. NE, Ste. 230 <br> Albuquerque, NM   87110 <br> Phone: (505) 298-9400 <br> mblake@mallen-law.com <br> *Attorneys for Corizon* |

ORDER

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE